**Order entered December 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00457-CV

**JACQUELINE SHELBY, TIMOTHY SHELBY AND/ORALL OTHER OCCUPANTS
6108 LAKE VISTA DRIVE, DALLAS, TEXAS 75249, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-01373-E**

## ORDER

Before the Court is appellee's November 27, 2019 unopposed motion for extension of time to file its brief. Appellee explains the extension is necessary, in part, because the parties are trying to resolve the dispute.

We **GRANT** the motion and **ORDER** the brief, a status report, or a motion to dismiss the appeal be filed no later than January 13, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE